

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | **5:14CR428** |
| | ) | CASE NO. _____ |
| v. | ) | Title 18, Section 1546(a), |
| | ) | United States Code |
| SLOBODAN MUTIC, | ) | **JUDGE GAUGHAN** |
| Defendant. | ) | |

On or about September 6, 2012, in the Northern District of Ohio, Eastern Division, SLOBODAN MUTIC, knowingly and willfully possessed a United States Immigration and Naturalization Service Form I-94, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of a false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained. Form I-94 stated that Mutic was legally in the United States when in truth and in fact, he did make material misrepresentation, while under oath and as permitted under penalty of perjury under Title 28, United States Code, Section 1746, on his United

- 2 -

States Immigration and Naturalization Service Form I-590 and United States Immigration and Naturalization Service Form I-485 all in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.