# EXHIBIT A

Slobodan Mutic WS 320101

Agent: Anyway, the time is now 7:51 and before we start I want to make sure you understand your rights.

Mr. Mutic: O.K.

Agent:  You are not under arrest.

Mr. Mutic: O.K.

Interpreter:  Do you think you understand what this is about? You are not under arrest.

Mr. Mutic:  That I'm not under arrest.

Interpreter: OK.

Agent: ….and you have to understand that this interview is voluntary. Ahhhh, if you decide that you don't want to answer the questions then you just say I don't want to answer your questions. So, we won't ask you any questions. Ok, so you understand that?

Mr. Mutic: I understand you

Agent: OK

Mr. Mutic: but maybe some word was difficult, you know

Interpeter: then I have to interpret, what am I going to do…

Agent: OK. Good. If you don't understand

Interpreter: then I will interpret for you.

Agent: is this passport yours?

Mr. Mutic:  Ehhh yeah, that's old passport, not usable, I bring with, its officer in Romania you know for that, you know, everybody use that passport when we come from Yugoslavia, Ex Yugoslavia I don't know what happened. In Romania, how do you say (Mr. Mutic is asking Interpreter) how do you say the word interview?

Interpreter: Interview.

Mr. Mutic: Interview in Romania because it was closed because Serbia was bombed and that same paper from Romania.

Agent: Do you have your current identification?                    1

Agent 2: ( speaking in Serbian language) Do you have your personal identification card?

Mr. Mutic: I have I.D. American (dog in the background) Stuck.

Agent: Thank you. That passport is no longer valid?

Mr. Mutic: Nooo for a while.  Probably maybe ten years. Im never used that passport. Same people… we got something from United Nations passport and we come…

Interpreter: (Interpreter questioning Mr. Mutic independently): is this from the interview when… (Inaudible, dog barking).

Mr. Mutic: Hey stop! (to the dog) Ohh Probably.

Agent: Where is your I-94? The refugee?

Mr. Mutic: Mmmm I think this is the document…My wife's  get.

Agent: Mr. Mutic when and where were you born?

Interpreter: When and where were you born?

Mr. Mutic: Oh, oh, March 63, ahhh March 17th sixty three in Sisak.

Agent: Croatia.

Mr. Mutic: it was actually Yugoslavia but now its Croatia.

Agent: And your father's name?

Mr. Mutic: Petar.

Agent: Petar?

Mr. Mutic: Yes.

Agent: Is Petar still alive?

Interpeter: Is your father still alive?

Mr. Mutic: No, no he's not. He died ninety five I think so. I was not in Croatia. Yeah.

Agent: What month in 1995 did he die, do you remember?

Mr. Mutic: I don't know.

Agent: Beginning, end… ok. Ahh, your mother's name?

Mr. Mutic: Sofija.

2

Agent: is she still alive?

Mr.  Mutic: Yeah.

Agent: Do you have contact with her?

Mr. Mutic: Sometimes.

Agent: Do you send her money or anything?

Mr. Mutic: Once.

Agent: Aha..

Mr. Mutic: Because I have no money.

Agent: Now, where did you go to school?

Mr. Mutic: Excuse me?

Interpreter: Where did you go to school?

Mr. Mutic: In Sisak.

Agent: And what kind of school did you go to?

Mr. Mutic: First time I finish… I have two diplomas……construction school and after it was and I stopped working I finished metal school….I don't know how we say..

Agent (speaking in Croatian): Trade school?

Mr. Mutic: High scholl.

Agent: Vocational school?

Mr. Mutic: Yes.

Interpreter(explaining): They take that in highs school two year..

Mr. Mutic: That's four year high school.

Agent (using partial Croatian): Did you go to college or anything?

Mr. Mutic: Ahhhh, I wish I did but no.

Agent: You didn't go to University? And what kind of work did you do in former Yugoslavia?

Mr. Mutic: I was working in the still company.

Agent: In the steel mill?                                3

Mr. Mutic: Ahhh, we.. that was processing metal. We made steel.

Agent: So you worked in the foundry or..

Mr. Mutic: Kind of metal foundry. Like in the Canton

Agent: Timken Steel??

Mr. Mutic: Yes.

Agent: When did you work in the steel company, what years?

Mr. Mutic: Wow, it was a long time ago ...ahhh

Agent 2 (speaking Croatian): Approximately?

Mr. Mutic: I don't remember.

Agent: OK. What did you do there? Were you a supervisor or did you work on the?

Mr. Mutic: I was working in a ohhhh I don't know what the department is.. ahhh.. probably transport department and I was stapling stuff ad something like that you know.

Agent: So, like fork lift or?

Mr. Mutic: Nooo, when we need something for this department like shoe, clothes, protection, gloves I take care.

Inaudible....

 Agent: So, before the war broke out in Yugoslavia in...

Mr. Mutic: Excuse me?

Agent: Before the war broke out in

Interpeter: Before war..

Mr. Mutic: I have a problem with one ear and can't hear well.

Interpreter: He can't hear very well in one of his ears.

Mr. Mutic: from war. Mine explode and was something broken here..

Agent: So before the war broke out did you serve in JNA Yugoslav People's Army?

Mr. Mutic: Yes.

Agent( speaking Croatian): Did you serve?                        4

Mr. Mutic: Yes I did. One year.

Agent: Aha, and where was that?

Mr. Mutic: Ahh

Interpreter: Where did you serve?

Mr. Mutic: OK.

Agent: This is regular army?

Mr. Mutic: Regular army. First, it was hot in the Bar. No, Titograd, it is now Podogrica. OK it was in Montenegro and in six months I moved to Bar.  Bar, it's one small town in the Adriatic Sea.

Agent: Six months?

Interpreter: Hvar?

Mr. Mutic: Bar, Bar.

Agent: six months in Monte Negro and six months in Bar.

Mr. Mutic: Bar is too Montenegro. Titograd..

Agent: The capitol of Montenegro?

Mr. Mutic: Yeah, capitol of Montenegro.

Agent: OK. What kind of military service was this? Infantry, tanks?

Mr. Mutic: No, just classic..

Agent (speaking Croatian):  (Pjesadija) Infantry. And do you remember when this was. Right after school?

Interpreter: Was this right after school did you go, you registered, how, when did you go?

Mr. Mutic: No, I did not. I postponed it as much as I possibly could. I was 26 years old.

Interpreter: He said he kept pushing it further and further before he went on his one year. He was 26 by the time.

Agent: Every male has to do it..

Interpreter: has to do it.

Agent: No way out.

Interpreter: No way.                              5

Agent: So he pushed it until he was 26.

Interpreter: Aha (answering without asking Mr. Mutic).

Mr. Mutic: I was.. ahhh... I don't like it.

Agent: OK. Let's take a look at some of your immigration documentation documentation here..

Mr. Mutic: Can I drink some water?

Interpreter: Yeah.

Mr. Mutic: From refrigerator?

Interpreter: Yeah

Agent: Mr. Mutic, this was the application you filled out to come to the US. Your application for visa.

Mr. Mutic: Yes. Sremska Mitrovica. Yeah.

Agent: Aha. It shows that you completed this at Temishwara.

Mr. Mutic: Yes.

Agent: Is that your signature there?

Interpreter: Is that your signature there?

Agent: That's your signature there?

Mr. Mutic: Yeah that's my signature.

Agent: You know do you want to do me a favor and ... let me make sure this writes.... If you can write in your own language or English "This is my signature".

Agent speaking Croatian): "ovo je moj potpis". This is my signature.

Interpreter (to Mr. Mutic): just write "this is my signature". On the right just write "this is my signature".

Mr. Mutic: inaudible

Interpreter: Do you have your eyeglasses?

Agent: Do you need glasses?

Interpreter: Inaudible

Agent: You should go to eye doctor.                    6

Mr. Mutic: I know but I have no money. I need new prosthetic leg. This is 10 years old and I have no ten thousand. I need pay. The insurance pay rest.

Interpreter: This is my signature.

Agent: Yep. Thank you. Now, so when you filled out this form did you speak English at that time?

Mr. Mutic: No.

Agent: Did they give you a form in your own language?

Mr. Mutic: Ahh

Interpreter: Did they give you a different document which was in your language what you understand?

*(this is literal translation of what the interpreter said to Mr. Mutic which sounds even worse in our language)*

Mr. Mutic: Yeah, we were talking in our language. Croatian, Serbian.

Agent: So, that was interview.

Mr. Mutic:  In the interview, yes, I have interview I think it was just a person from Belgrade or it was not stranger. First time, but in Romania we have interview between… I think she was from United States office. She say I'm Officer.

Agent: But the interview was in your language?  You could understand it?

Interpreter: Your language was.

Mr. Mutic: Yes.

Interpreter: Was it your language or you had translator?

Mr. Mutic: First time no translator but second time we had translator.

Interpreter: First time…

Agent: Alright, so you had no problem answering these questions truthfully?

INTERPRETER IS NOT INTERPRETING.

Mr. Mutic: I don't remember now which questions is but I have I think it was a long time ago. No. I have no problem with answering.

Agent: So, if I were to ask you did you tell the truth and when you signed it you were indicating that you were telling the truth?

Mr. Mutic: Yeah. OK. Yeah.                    7

Interpreter: Get it. He's asking you that when you were doing it that that was the truth and now you have no problems with those questions you answered that that was the truth.

Mr. Mutic: No, I don't. When I answered it (unable to finish sentence).

Agent: Tell the truth on the........

Agent: Let's look at this part. This is asking for your military service. Here is what you put in your military service.

Mr. Mutic: What kind of military service?

Interpreter: Where you were for your service.

Agent: Look at this. Tapping sound.

Mr. Mutic: Again. Regular Army or war?

Interpreter: He will explain it to you what you wrote.

Agent: So you served Yugoslav Army, Infantry we already straightened that up, Pjesadija. 1986-1987

Mr. Mutic: Yep, yep.

Agent: You were private, vojnik (soldier).

Mr. Mutic: Yes

Agent:and then later on you served RSK Army.

Mr. Mutic: Right.

Agent: What is RSK?

Mr. Mutic: I thought kind of Republic of Srpska. Kind of. I think so.

Agent: Republika Srpska Krajina.

Mr. Mutic: Republika Srpska Krajina. It was but it does not exist anymore. There was just part were Serbian people lives and everybody in war was called Republika Srpska.

Agent: Yeah....

Mr. Mutic: Probably

Agent: And that was 1991 through 1995? Sir?

Mr. Mutic: Ahhhhh

Agent: You were in RSK Army?                    8

Mr. Mutic: Yeah, yeah.

Agent: Do you remember when in 1991? Was it June, July, August?

Mr. Mutic: Everybody know in the war when the Croatia invaded…and that was finish of war.

Agent: Yeah, I know but when did you start?

Interpreter: When did you start?

Mr. Mutic: Auuuu (dog barking in the background). Stop it!

Agent: Making friends there Joe?

Agent (speaking Croatian): When did you start serving in the army?

Mr. Mutic: Well, that was. I have when I started because they would write it down, you know. When I came to army base they wrote it down.

Interpreter (independently questioning): Do you remember what month? What kind of weather was there?

Mr. Mutic: It was Summer because I had my army card and at that time you were not allowed to own army card and without that army card you were not allowed to go to army base. They wouldn't accept you as a reserve. I put my card (which was thin) in my shoes, got on the bus….. and that was at the end of summer. Probably between eighth and ninth month because we sleep outside in a tent, you know but it was hot in Petrinja.  How do you say it?.. Tent….

Agent: OK, can you please translate it for me?

Interpreter:  He said it had to been in the summer when he enlisted cause he was sleeping in tents. It was warm.

Agent: August through September

Mr. Mutic: Ok. Really, really hot.

Agent: It was hot. Then when the war started, were you living in Petrinja?

Mr. Mutic: Ohhh

Interpreter: Where did you live when the war started?

Mr. Mutic: Before war?

Interpreter: No, when it started.

Agent:  At the start of the war.                              9

Mr. Mutic: Ahh, when the war started in Petrinje. On the army base.

Agent: So you didn't have a job in Petrinje?

Mr. Mutic:  No, no,no, no, I was… I come from Sisak. That was before war. There was.. I don't know how to explain. Yes war or no war, you know.  People were ready for

Agent: People were ready for war but they didn't know..

Mr. Mutic: I come from my house to Petrinja on the bus with my army cardin my tennis shoe  into military place, you know, ex-Yugoslavia, they give me clothes and I we wait to and before war start in Petrinja I ma move to one village because people with truck sent stuff and I have a lot of relative and I was not been in Petrinje I was been in one village

Agent: Near Petrinje?

Mr.Mutic: Near Petrinje,  close to Bosnia probably. All my mom's relatives live there.

Agent: Would that be down by Kostajnica?

Mr. Mutic: Before Kostajnica because my mom's born in Staro Selo that's because Kostajnica… Yeah but I was not been in Kostajnica. Never in war. That was probably Staro Selo. That was my mom village when she born I was…

Agent: OK

Agent: So when he was mobilized in 1991, where he was stationed? In Petrinja?

Mr. Mutic: Yes.

Interpreter: That's where he was headed…

Agent: Do you have your army card, you mentioned that?

Mr. Mutic: OK. I explain you. When I was….after 1995 when we move from Croatia to Serbia, you know and I was Arkan and his military mobilized, they took everything, all stuff, ring and whatever and my all documents, they never back you know.

Agent: So that was in Ardut?

Mr. Mutic: In Ardut. Yes.  I was in Ardut.Yeah.

Agent: So, did they take you in?

Mr. Mutic: Take me into Ardut?

Agent: Aha

Mr. Mutic: Yeah                              10

Agent: Did you join Arkans men?

Mr. Mutic: No, Arkan was boss. We never joined. It was a part of different army and he was boss from it and he send us to one place in Slavonia. Njemci. That in that place and I have a report from..when.. how I loose leg send me in this place and I step on the mine and I lose..

Agent: You still had to have a report on how you lost your leg?

Mr. Mutic: Yeah, I have.

Agent: OK

Agent: It's in the box with all your documents.

Mr. Mutic: Yeah I think so. My wife take care about documents. Yeah I still have that document and how I lose leg and who signed that. One officer, I think he was officer Vojska Yugoslavia, his name was.. I don't know..

Agent: Let's go back to this form here. When you were answering the questions an American officer made a notation here in handwriting on the bottom of this page

Agent: Hang on one second here....You want to take a look at that to make sure that were translating it properly?

Interpreter: OK

Agent: Alright

Agent: So, in this says that PA

Mr. Mutic: Can you tell me what is says?

Interpreter: Wait until he's done and then I'll explain what he wants.

Agent: It says PA that's you, principal applicant. That means person applying for ... claims that he never ordered, incited, assisted or participated in the persecution of others.

Interpreter: Do you understand or do you want me to translate?

Mr. Mutic: You please.

Interpreter: Its written here that you who filled this paper out, that you never ahhh..how would I say it..

Agent (speaking Croatian): Ordered

Interpreter: Ordered or helped kill or

Agent (speaking Croatian): participating                    11

Interpreting: ...others. Is that the truth?

Mr. Mutic: Yeah

Agent: So that's true?

Mr. Mutic: Yeah.

Interpreter: That's true?

Mr. Mutic: Yeah

Mr. Mutic: I didn't have authorization for that. I was only a reservist in the army.

Agent: Ok. So you were just a reservist? So how many times have you been married?

Mr. Mutic: Excuse me?

Interpreter How many times have you been married?

Mr. Mutic:  Just once before war.

Interpreter: So, twice. Not once  but twice now?

Mr. Mutic: Certainly, before and now. I have a paper here  about the divorce somewhere here.

Agent: So, he's been married once prior?

Interpreter: Yes, yes.

Agent: And he's been divorced?

Interpreter: Yep.

Agent: And what was your first wife's name?

Interpreter: First wife, her first name, your first wife's name? What's her name?

Mr. Mutic: Wait. Just wait my brain stopped.

Agents: Laughing... this is your first wife

Mr. Mutic: I know. I'm just blank now.

Agent: Did you have any children with this women?

Mr. Mutic: Yeah, Tonka. She's 25 now.

Interpreter: Your daughter is 25.                    12

Mr. Mutic: Oh, man...I can't

Agent: Could it be in this block... Marina?

Mr. Mutic: Yes, Marina.

Agent: Was she Serb or Croat?

Mr. Mutic: Croatian. Marina Prpic. (laughing)

Agent: Prpic, yeah.. Do you have any contact with Tonka?

Mr. Mutic: Ahhh,no.

Agent: OK. Do you know where she is?

Mr. Mutic: Excuse me?

Agent and interpreter speaking over each other: Do you know where she is?

Mr. Mutic: Yeah, Sisak.

Agent: Do you know where she is?

Interpreter: Sisak.

Agent: Is she??? No.

Interpreter: When did you speak with her or had any contact (independently questioning)?

Mr. Mutic: When she was at my mom's. She, my mom told me that she was staying with my mom at one time.

Interpreter (independently questioning): When was she at your mothers?

Mr. Mutic: Ahhhh

Interpreter (questioning independently): last time approximately?

Mr. Mutic: Long time ago.

Agent: So, when you left Sisak, Petrinje, was there trouble in Sisak? Were Croats giving you hard time?

Mr. Mutic: No, with nobody.. did I have any problems with anyone?

Interpreter: Did Croats give you any problems?

13

Mr. Mutic: Yeah. That was the only reason. I would have never left otherwise if I wasn't afraid. That someone's going to kill me. That was the only reason. I don't know. Because the situation was tense. Now, I wouldn't like to discuss it. I look at that now from a different perspective. Then the fear ruled and those people who were saying stuff they were talking about more from euphoria than what was their actual opinion. Do you understand?

Interpreter: Aha

Mr. Mutic: So, from this distance I have a different point of view. Maybe I should have not left. Maybe nothing would have happened but there was always a chance that would be one of these in a thousand and maybe it was just fear.

Agent (speaking in Croatian to Interpreter): Please interpret for the record.

Interpreter: He said that at that point he did have.. like that he was feared that Croats were going to do something but looking back at it he probably would not have left well looking back. (dog barking in the background, yelling) nothing happened but at that time his realization was that something was going to happen to him.

Agent: OK So were you ever... You were never taken to the police station and beaten by the Ustase?

Mr. Mutic: No.

Interpreter (answering for Mr. Mutic): No he was never.

Agent: So he was never persecuted directly but feared.

Interpreter: Feared

Mr. Mutic: Yeah.

Agent: Were any of your friends beaten by the Ustase?

Mr. Mutic: If they were?

Interpreter: Were any of your friends?

Mr. Mutic: Were they?

Interpreter: Yes.

Mr. Mutic: Not that I saw it... later I heard about it and there was stuff in the newspapers, all kinds of stuff, but then..

Interpreter (independently questioning): Specifically your friends or someone you know?

14

Mr. Mutic: One of them was killed.

Agent: So when you got to Petrinje, you were drafted into Srpska Krajina Army?

Mr. Mutic: Was I?

Interpreter: When you came to Petrinje did they register you into Srpska Krajina

Mr. Mutic: Army?

Interpreter: Aha

Agent: And what kind of weapon did they give you? Popovka?

Mr. Mutic: Just the ...yeah like kind of regular shotgun which small army use. No more Popovka...

Agent: Popovka....little

Mr. Mutic: Modern

Agent: Modern?

Mr. Mutic: ahhhh

Agent: So, Kalashnikov

Mr. Mutic: eh eh Kalashnkov,

Agent: so little machine gun?

Mr. Mutic:  everybody use Kalshnikov

Agent: AK

Mr. Mutic: in Ex-Yugoslavia.

Agent: and what was your job? Infantry, tanks?

Interpreter: What was your ordered job there.. as infant (didn't know the word Infantry in Croatian/ improvising/making up words). What did you do? (Note: not sure which language she was speaking. Poorly interpreted).

Mr. Mutic: We were just where there where tanks which we were guarding/safe guarding it.

Agent: So, you were security troops?

Mr. Mutic: Yes.

Agent: You guarded tanks.                    15

Mr. Mutic:  Right.

Agent: So, do you remember what unit you served in? Number of the unit?

Interpreter (partially interpreting): Which number?

Agent: If I said..

Interpreting: What number?

Mr. Mutic: We didn't have numbers, there were not a lot of us.

Agent: If I said..

Mr. Mutic: Those were the tanks from regular army and all the officers were Serbian. Serbian officers you know and a couple of Croatian from JNA but we the security around were from Krajina (inaudible)

Agent: If I said 31st Infantry brigade would you remember that. Speaking in Croatian: 31va Pjesadijska Brigada?

Mr. Mutic: I don't remember.

Agent: How far from Petrinje was the fighting with Croats?

Mr. Mutic: It was close by that kasarna (garrison). How do you say it where soldiers are? How do you say it in English?

Agent: Garrison?

Interpreter (flustered): He's saying the kasarna, you know where they… I don't know

Agent:  Kasarna, barracks (garrison)

Interpreter:  Yeah, I couldn't think of it in English.

Mr. Mutic: It was in downtown.

Agent(speaking Croatian): So,  how far away was front?

Mr. Mutic: That was in the city. That was not the front. OK. It was a town and this is kasarna (garrison) and around was Croatian army.

Agent: Draw me a little map here. I know you can't see well but try.

Agent: So, the question is how far was he stationed from the front line?

TALKING OVER  EACH OTHER                 16

Mr. Mutic: It was Sisak. It was Moscenica.OK. And a it was kind of Krajina was right here and it was kasarna and barracks here, it was Krupa river, yeah, ok and this one was a rail road, this is kind of Sisak and it was OK and it was like this maybe two miles from

Agent: So, this is the front here by the railroad?

Mr. Mutic: Yeah and the other side of the river.

Agent: So, the other side of Krupa.

Mr. Mutic: Yeah, yeah. So, Krupa.

Agent: So Croatians were here?

Mr. Mutic: Yes. Sisak, rail road

Agent:There.

Mr. Mutic: Serbs, there. After, yeah you're right.

Agent: And where was Gavrilovic sausage factory cause I've been to Petrinje?

Mr. Mutic: This is Krupa and this is right here.

Agent: Yep, OK. Good. Super. Ok. Thank you very much.

Agent: So, did you remain living in Petrinje throughout the entire war from when you joined in August 1991 until august 1995 so four years in Petrine?

Mr. Mutic: No. I lived in village when was my..

Agent: So, Staro Selo?

Mr. Mutic: Staro Selo

Agent (spelling it): STARE SELO

Interpreter (spelling it wrong): STARA SELO

Agent: STARA SELO

Interpreter: Aha

Mr. Mutic: So my uncle brother Milos Dukic he has house nice

Agent: Milos Dukic?

Agent: What was the time frame he lived in Staro Selo?

17

Interpeter (answering for Mr. Mutic): During that time he said.

Agent: During that time.

Agent: So all the time of the war, August 1995 until the Croats come back August of 1995 you lived in Staro Selo?

Mr. Mutic: Yeah.

Agent: So, every day you would go into Petrinje and report to your unit or?

Mr. Mutic: No,no,no. When I was moved… Oh you don't understand me. When I was moved first time with I was not in war. When was directly started war with JNA and I was not there. I was moving to Cak and Staro Selo and I was in Staro Selo when there was big fight and I was not there.

Agent: So you did not????

Mr. Mutic: Nooo and I was not coming. I was coming to Petrinje just sometimes but I was in Staro Selo. It was kind of .. I don't know and sometimes it's kind of village security and we was you know but there was no front.

Interpreter: You were kind of a village army in the village?

Mr. Mutic: Of course. There was no front you know because it was too far. And at that time there was how do you call it.

Agent: Did he move to Staro Selo after Petrinja or

Mr. Mutic: Before it was Staro Selo.

Agent: Before Petrinja. So, prior to 1991 he was living in Staro Selo. In 1991 moves to Petrinja.

Mr. Mutic: Yeah

Agent: OK.

Agent: In Petrinje did you have an apartment or house?

Mr. Mutic: No, never.

Agent: So, you always lived in Staro Selo?

Mr. Mutic: Yeah, I never had anything I never signed anything.

Agent: Did you ever stay with friends in Petrinje?

Mr. Mutic: Yes, I have a lot of friends                    18

Interpreter (independently questioning) : Did you sleep with them and reside with them in their apartments?

Mr. Mutic: Yes I was there all the time but it was not mine. In my name I never had an apartment or house nor did I look for anybody's house to live in.

Agent: While in Petrinja.

Mr. Mutic: No.

Agent: ok

Agent: So, what happened in August 1995 tell me what happened in Oluja and after where did you go? Did you have to fight against Croats during Oluja?

Mr. Mutic: Yeah

Interpreter: Do you understand what he's asking you? What happened when there was Oluja?

Mr. Mutic: Nothing. We were running. We didn't have a choice.

Interpreter ( questioning independently): Were you fighting?

Mr. Mutic: No. We didn't have a chance to fight. We just ran away. Yeah. Because it was the Army, Croatia was too strong at the time and before it was in a Petrinja, couple guys was not figure out what's happening start fighting but day or two day start all officer JNA army was moved to Beograd and who was real smart and figure out there was nothing no fight, no officer no command ...

Agent: So, there's no leadership.

Mr. Mutic: Yeah and people were start moving day before you know same people had information somebody and some they moved to Bosnia.

Agent: thank you.

Agent: So, where did you run to when you had to leave Petrinje? Where did you go?

Interpreter: Where did you run to?

Agent: Serbia?

Mr. Mutic: Yes. We then moved to Serbia and I went to Pirot because you couldn't choose where to go, you know, we walked in the line, bus lines however anyone was able to travel and they told us to go to Nis. From Nis to Pirot and one place in Pirot called Ljuberaca.

Agent: So you said that they left in a big colony/line with everything that had big wheels on.... Busses, tractors..                                    19

Mr. Mutic: Yeah

Interpreter: However they can get out.

Agent: That was in 1995

Interpreter: Yeah

Agent: So, did you go to collective center?

Mr. Mutic: Yeah. It was a small collective center. There was kind of lunchroom from Pirot but it was a rubber company small, like Good Year and it was couple room and it was you know for couple people eating and sleep, has one bathroom and after I was a regular I think regular Serbian not Yugoslavian Police come and pick up us men and take to Nis,gas station ahhh fire station you know put on bus and take to Ardut.

Agent: So they took you back to the army then?

Mr. Mutic: To Erdut you know.

Agent: spelling ERDUT

Mr. Mutic: Yeah

Agent: So, when they picked you up at the collective center were you still wearing the uniform from RSK Army?

Interpreter: Did you still wear the uniform?

Mr. Mutic: Noo, Civil. We received civilian clothing whoever did not get it from Red Cross. I didn't have anything.

Agent: By the way, do you have any tattoos?

Interpreter: Are you tattooed? You don't have sk on your chest or anyting?

Mr. Mutic: Can I show you?

Agent: Yeah.

Agent: Naked women. Put your shirt back on.

Agent: So, you stayed in Erdut?

Mr. Mutic: Yes.

Agent: So, this is about August 1995. How long did you live in Erdut?

Interpreter: It's upside down                    20

Mr. Mutic: Yeah. Not long. They dressed us, gave us some old guns and then they sent us to Njemce.

Agent: So, the trained you, gave you rifle and sent you to Njemci.

Mr. Mutic: Yes.

Agent and Interpreter: What's the name again?

Mr. Mutic: Njemci. That's near

Interpreter: How do you spell it? NJEMCI

Agent: While he was in Erdut he was re-trained given more arms and given Cuban A weapon.

Interpreter: NJEMCI. Is that right?

Mr. Mutic: Do you want me to write it down for you?

Mr.Mutic's wife in the background: NJEMCI

Interpreter: You know, just making sure.

Mr. Mutic: She was near this place, she was close she can explain.

Agent: And this was in 1995?

Interpreter: After.

Agent: So, from Erdut did you stay in Erdut or did you go to other places in Slavonia?

Mr, Mutic: Yeah, from Erdut …. Erdut is Serbia I think.

Agent: don't know.

Mr. Mutic: Is Erdut Serbia?

Mr. Mutic's wife: I have no idea.

Agent: Erdut is Croatia.

Interpreter: I never heard of it.

Agent: My question is

Mr. Mutic: Oh yeah… we came from Serbia to Croatia to Erdut to Njemci

Agent: What unit was that with?

Interpreter: What number was in that army?                    21

Mr. Mutic: Nobody ever told us that.

Interpreter: He claims that they never knew. That he didn't know…

Mr. Mutic: Nobody say.

Interpreter: that nobody told him

**Talking over each other.**

Mr. Mutic: He probably know who is Arkan you know?

Interpreter: Arkaan?

Agent: Yeah. Chief Paramilitary ?????

Mr. Mutic: He died because somebody killed him you know but he was God you know. He do what ever he want. He make ???that was illegal  because regular police catch up from Serbia he made kind of for us army and sent it back. Give him uniform..

Agent: Did you have a patch?

Mr. Mutic: No, no nothing that was just old Yugoslavian army uniform. You know, it was old.

Agent: how long did he serve in that unit?

Interpreter: How long…. were you with him?

Mr. Mutic. Ok. He.. maybe a couple of days.. a week. He made group you now and when he has enough people. People was coming every day you know. We were getting haircuts and wearing uniforms and then he would send busses for people when he gathered a group of about 100 people I don't know… they get into busses.

Agent (speaking Croatian): One troop. So as soon as they have..

Mr. Mutic: Yeah. We were a troop in Njemci

Agent: So, you would say got enough men to get to shave their heads, put them in uniforms and equip them to form a company and ship them out.

Agent: OK. But he served for one week?

Agent: How long did you serve?

Mr. Mutic: Probably one week.

Interpreter: You were there for just one week?

Mr. Mutic: Yes, yes.                              22

Agent: Is that when you stepped on the mine.

Mr. Mutic: Hmmmm when they sent us to Njemce I'm step on the mine

Interpreter: Right away? How long after they sent you did you step on the mine?

Mr. Mutic: Ahhh how long?

Interpreter: That's what he's asking you. When they sent you how long after?

Mr. Mutic: I have it written up.

Mr. Mutic's wife: I don't have an idea.

Agent: He says he has the document. The document will say that you stepped on the mine in Njemci?

Mr. Mutic (talking to his wife): Find something under my bed. I think...

**END OF FILE      WS320101**

23

**Translation of Slobodan Mutic audio file: WS 320101**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I Alma Thorne, certify that I am a competent translator and fluent in Croatian and English languages, and that the above translation was done by me is accurate to the best of my knowledge and abilities, true to the original, with no changes, omissions, or additions not noted within. The translator bears no responsibility for the authenticity of the source document.

……………………………………………
Alma Thorne, Translator 04/07/2015

……………………………………………..
Alma Thorne, Notary Public, 04/07/2015
Macomb County, MI

ALMA THORNE
Notary Public - Michigan
Macomb County
My Commission Expires Jan 17, 2021
Acting in the County of Macomb

